SAMUEL JUDDS SONS & Co. v. S. B. DEAN & Co.

(No. 8,667.)

In a suit upon a foreign judgment, the record is matter of evidence, and should not be attached to the petition.

SPECIAL TERM.—On demurrer to petition. A suit on a judgment rendered in New York. Dean & Co. demurred, because the petition did not contain a transcript of the judgment record.

*Collins & Herron,* for plaintiffs.

*Ranney, Backus & Noble,* for defendants.

STORER, J.   The petition contains substantially all that would have been required in a declaration before the code; and since, the code excludes from the petition all mere matters of evidence, and a transcript from the record, is evidence merely, the court would be compelled to order it to be stricken out, if it were included in or attached as an exhibit to the petition. If defendant wishes to see the record, it is public property, and equally open to him with plaintiff.

Demurrer overruled and leave to answer.